818

No. 98–1927. BRAUN v. BUREAU OF STATE AUDITS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–1928. LOPEZ CANTU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1929. AMERICAN LUNG ASSN. ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–1930. CHAMBERS v. MCCLENNEY ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1934. CARLSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1936. SHAW v. SHIVERS, CONSERVATOR FOR LEVITZ, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1937. VEY v. RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1938. KIEL v. SELECT ARTIFICIALS, INC. C. A. 8th Cir. Certiorari denied.

No. 98–1939. DAWSON v. LOVELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1940. PITTMAN, A MINOR, BY PITTMAN, HER FATHER AND LEGAL CUSTODIAN, ET AL. v. ICELANDAIR, INC. C. A. 2d Cir. Certiorari denied.

No. 98–1941. MCNAUGHTON v. UNITED HEALTHCARE SERVICES, INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 98–1943. ESPINOZA v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 98–1944. OIKNINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–1945. BURNETTE v. GROVE ISLE CLUB, INC., ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.